IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT JAMES SWINT,

                    Plaintiff,                                   **8:26CV123**

          vs.

SYLVAMO                CORPORATION,              **MEMORANDUM AND ORDER**
INTERNATION    PAPER    COMPANY,
ROBERT  SYLVESTER  KELLY,  JOESEPH
ROBINETTE    BIDENJR.,        ACCESS
CORRECTIONS,    and        HASBRO
INTERACTIVE,

                    Defendants.

This matter is before the Court on its own motion.  On March 25, 2026, the Clerk of the Court sent a notice and copy of General Order No. 2025-01 to Plaintiff at his last known address and it was returned to this Court as undeliverable.  *See* Filing No. 5. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.      Plaintiff must update his address within 25 days.  Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 1, 2026**: check for address.

Dated this 6th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2